**Edward Kelly, appellant, v. Thomas Morgan, appellee.**
Assumpsit for price of materials and labor furnished in installation of hot water heating plant in barber shop. Judgment in favor of defendant. Appeal from the Circuit Court of Hancock county; the

Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 23, 1923.

Lee Siebenborn and Samuel Naylor, for appellant. Scofield, Califf & Bell and O'Harra, O'Harra & O'Harra, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.